IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-525-D

|                              |   |          |
|------------------------------|---|----------|
| I'EGYPT EARTH-COLÓN,         | ) |          |
|                              | ) |          |
| Plaintiff,                   | ) |          |
|                              | ) |          |
| v.                           | ) | **ORDER** |
|                              | ) |          |
| SECRETARY OF STATE,          | ) |          |
|                              | ) |          |
| Defendant.                   | ) |          |

On December 21, 2022, plaintiff filed a motion to proceed in forma pauperis [D.E. 1] and a proposed complaint [D.E. 1-1]. Pursuant to 28 U.S.C. § 636(b)(1), the court referred the matter to Magistrate Jones for a memorandum and recommendation on the plaintiff's motion to proceed in forma pauperis and for a frivolity review [D.E. 3]. On March 6, 2023, Magistrate Judge Jones issued a Memorandum and Recommendation ("M&R"), ordered plaintiff to file a financial disclosure statement by March 20, 2023, and recommended that the court dismiss the complaint for failure to prosecute if plaintiff failed to do so. See [D.E. 4]. Plaintiff has not filed a financial disclosure statement or responded to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation

omitted). If a party makes only general objections, de novo review is not required. See Wells v. Shriners Hosp., 109 F.3d 198, 200 (4th Cir. 1997). In "order to preserve for appeal an issue in a magistrate judge's report, a party must object to the finding or recommendation on that issue with sufficient specificity so as reasonably to alert the district court of the true ground for the objection." Martin v. Duffy, 858 F.3d 239, 245 (4th Cir. 2017) (quotation omitted); see United States v. Midgette, 478 F.3d 616, 622 (4th Cir. 2007).

Plaintiff did not object to the M&R. Therefore, the court reviews for clear error. The court has reviewed the M&R and the record. There is no clear error on the face of the record. See Diamond, 416 F.3d at 315.

In sum, the court has reviewed the record and ADOPTS the conclusions in the M&R [D.E. 4], GRANTS plaintiff's motion to proceed in forma pauperis [D.E. 1], and DISMISSES WITHOUT PREJUDICE plaintiff's complaint for failure to prosecute [D.E. 1-1]. The clerk shall close the case.

SO ORDERED. This 28 day of March, 2023.

                                              JAMES C. DEVER III
                                              United States District Judge

2

Case 5:22-cv-00525-D-RJ   Document 5   Filed 03/28/23   Page 2 of 2