UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EGYPT EARTH-COLON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SECRETARY OF STATE, ) <br> ) <br> ) <br> ) <br> Defendant. ) | **JUDGMENT IN A** <br> **CIVIL CASE** <br> **CASE NO. 5:22-CV-525-D-RJ** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court has reviewed the record and ADOPTS the conclusions in the M&R [D.E. 4], GRANTS plaintiff's motion to proceed informa pauperis [D.E. 1 ], and DISMISSES WITHOUT PREJUDICE plaintiff's complaint for failure to prosecute [D.E. 1-1 ].

**This Judgment Filed and Entered on March 28, 2023, and Copies To:**

Egypt Earth-Colon                    (via US Mail to 200 Pecan Road, Raleigh, NC 27603)

DATE: March 28, 2023                                    PETER A. MOORE, JR., CLERK

                                                         (By)   /s/ Stephanie Mann
                                                         Deputy Clerk